No. 986. EDWARD C. TWIST, ALBERT T. TWIST, AND JESSIE L. PAYNE, NÉE TWIST v. PRAIRIE OIL & GAS COMPANY. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. D. Hayden Linebaugh* for petitioner. No appearance for respondent.

No. 999. PAN AMERICAN PETROLEUM & TRANSPORT COMPANY AND PAN AMERICAN PETROLEUM COMPANY v. UNITED STATES. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Frank J. Hogan, Frederic R. Kellogg, Henry W. O'Melveney,* and *Walter K. Fuller* for petitioners. *Messrs. Atlee Pomerene* and *Owen J. Roberts* for the United States.

No. 887. NEW YORK CENTRAL RAILROAD COMPANY v. WHEELING CAN COMPANY. April 12, 1926. On petition for writ of certiorari to the Supreme Court of Appeals of the State of West Virginia. *Mr. John C. Palmer, Jr.,* for petitioner. No appearance for respondents. See *post,* p. 645. Order denying the petition for certiorari in this case of the date of March 1, 1926, is hereby vacated and it is ordered that a writ of certiorari shall issue thereby making consideration of the petition for rehearing herein unnecessary.

PETITIONS FOR CERTIORARI DENIED OR DISMISSED, FROM JANUARY 12, 1926, TO AND INCLUDING APRIL 12, 1926.

No. 842. OTTO L. MORRIS v. UNITED STATES. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr.*

*Frank J. Looney* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 849. LEHIGH VALLEY RAILROAD COMPANY *v.* ANNA HUBEN, AS ADMINISTRATRIX, ETC. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clifton P. Williamson* for petitioner. *Mr. Humphrey J. Lynch* for respondent.

---

No. 850. LEHIGH VALLEY RAILROAD COMPANY *v.* ANNIE BELTZ, AS ADMINISTRATRIX, ETC. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clifton P. Williamson* for petitioner. *Mr. Humphrey J. Lynch* for respondent.

---

No. 854. CHICAGO & NORTHWESTERN RAILWAY COMPANY *v.* AUGUSTUS H. BEWSHER. January 18, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Wymer Dressler* and *R. N. Van Doren* for petitioner. No appearance for respondent.

---

No. 167. CONVOY STEAMSHIP COMPANY, LIMITED, OWNER OF THE STEAMSHIP WILLDOMINO, HER ENGINES, BOILERS, ETC. *v.* CHARLES PFIZER & COMPANY, INC. On writ of certiorari to the Circuit Court of Appeals for the Third Circuit. January 22, 1926. Writ of certiorari dismissed on authority of counsel for the petitioner. *Messrs. Francis Rawle, Joseph W. Henderson, George Whitefield Betts., Jr.,* and *George C. Sprague* for petitioner. *Messrs. D. Roger Englar* and *James D. Carpenter, Jr.,* for respondent.